**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA GALVAN NAVARRO, a/k/a EVANGELIN N. GALVAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ESKANOS & ADLER, A Professional Corporation, a California corporation, DONALD ROGERS STEBBINS, individually and in his official capacity, JANET LORRAINE BROWN, individually and in her official capacity, KURTISS ANTHONY JACOBS, individually and in his official capacity, and JEROME MICHAEL YALON, JR., individually and in his official capacity,<br><br>    Defendants.<br>                                                              / | No. C 06-02231 WHA<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO ATTEND BY TELEPHONE** |

Plaintiff's has been on notice since March 8, 2006, that the Court has scheduled the case management conference for June 29, 2006, at 11:00 a.m. and yet he makes travel plans to be elsewhere. Plaintiff's request to attend the case management conference by telephone is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 14, 2006.

                                           _____
                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE