**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVANGELINA GALVAN NAVARRO, a/k/a
EVANGELIN N. GALVAN,

    Plaintiff,

  v.

ESKANOS & ADLER, A PROFESSIONAL
CORPORATION, a California corporation,
DONALD ROGERS STEBBINS, individually
and in his official capacity, JANET LORRAINE
BROWN, individually and in her official
capacity, KURTISS ANTHONY JACOBS,
individually and in his official capacity, and
JEROME MICHAEL YALON, JR., individually
and in his official capacity,

    Defendants.
                                    /

No. C 06-02231 WHA

**ORDER RE DISCOVERY-DISPUTE HEARING**

      Please bring all Rule 26 disclosures and all written or deposition/discovery requests at issue to the hearing tomorrow. You must be able to cite to chapter and verse and show the Court the actual item.

      **IT IS SO ORDERED.**

Dated: November 16, 2006.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE