1  Mark E. Ellis - 127159
   Andrew M. Steinheimer – 200524
2  ELLIS, COLEMAN, POIRIER,
   LaVOIE & STEINHEIMER
3  555 University Avenue, Suite 200
   Sacramento, CA 95825
4  Telephone:   (916) 283-8820
   Facsimile:   (916) 283-8821
5
   Attorneys for ESKANOS & ADLER, P.C., DONALD STEBBINS,
6  JEROME YALON, JANET BROWN AND KURTISS JACOBS

7

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | EVANGELIN NAVARRO,                | CASE NO.: C06-02231 WHA
12 |        Plaintiff,                 | STIPULATION TO EXTEND
13 | v.                                | DISCOVERY CUT-OFF AND ORDER
14 | ESKANOS & ADLER, PC., et al.,     |
15 |        Defendants.                |
16

- 1 -
STIPULATION TO EXTEND DISCOVERY CUT-OFF AND ORDER

The undersigned hereby stipulate and agree that the discovery cut-off date in this action be extended to December 1, 2006 for the purpose of taking the deposition of plaintiff Evangelin Galvan Navarro.

IT IS SO STIPULATED.

Dated: November 16, 2006

ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER, LLP

By _____
Andrew M. Steinheimer
Attorneys for Defendants
ESKANOS & ADLER, et al.

Dated: November 16, 2006

CONSUMER LAW CENTER, INC.

By _____
Fred W. Schwinn
Attorney for Plaintiff
EVANGELIN NAVARRO

ORDER

Pursuant to the stipulation of the parties it IS SO ORDERED.

Dated: November 17, 2006

_____
United States District Judge

IT IS SO ORDERED
Judge William Alsup

- 2 -
STIPULATION TO EXTEND DISCOVERY CUT-OFF AND ORDER