**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVANGELINA GALVAN NAVARRO, a/k/a
EVANGELIN N. GALVAN,

    Plaintiff,

  v.

ESKANOS & ADLER, A PROFESSIONAL
CORPORATION, a California corporation, DONALD
ROGERS STEBBINS, individually and in his official
capacity, JANET LORRAINE BROWN, individually
and in her official capacity, KURTISS ANTHONY
JACOBS, individually and in his official capacity, and
JEROME MICHAEL YALON, JR., individually and in
his official capacity,

    Defendants.
                                               /

No. C 06-02231 WHA

**COURT NOTICE OF HEARING RE PLAINTIFFS' DISCOVERY DISPUTE**

The Court is in receipt of plaintiffs' letter of December 1, 2006, concerning a discovery dispute. **IF** the parties have met and conferred, a hearing is set for **THURSDAY, DECEMBER 7, 2006, AT 3:00 P.M.** A response to plaintiffs' letter is due by **9:00 A.M. ON DECEMBER 7**.

**IT IS SO ORDERED.**

Dated: December 4, 2006.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE