Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EVANGELINA GALVAN NAVARRO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| EVANGELINA GALVAN NAVARRO,<br><br>Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, A PROFESSIONAL CORPORATION, a California corporation, DONALD ROGERS STEBBINS, individually and in his official capacity, JANET LORRAINE BROWN, individually and in her official capacity, KURTISS ANTHONY JACOBS, individually and in his official capacity, and JEROME MICHAEL YALON, JR., individually and in his official capacity,<br><br>Defendants. | Case No. C06-02231-WHA<br><br>**ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:        December 7, 2006<br>Time:       8:00 a.m.<br>Judge:     Honorable William H. Alsup<br>Courtroom: 9, 19th Floor<br>Place:      450 Golden Gate Avenue<br>               San Francisco, California |

THIS MATTER comes before the Court on the Plaintiff's letter <u>Motion to Compel Production of Documents</u> (Doc. 69).

WHEREUPON the Court, having reviewed the Motion, the file and having heard the arguments of counsel, rules as follows:

      1.      Plaintiff's request to compel production of documents in response to Document Production Request No. 28 is DENIED.

      2.      Plaintiff's request to compel production of documents in response to Document Production Request No. 31 is DENIED.

      3.      Plaintiff's request to compel production of documents in response to

Document Production Request No. 47 is GRANTED, but shall be limited in scope to the time period of the events in this case. Defendants shall produce all written procedures for the handling of incoming mail no later than 12:00 p.m. on December 11, 2006. If Defendants did not have written procedures for the handling of incoming mail at the time of the events in this case, Defendants shall provide a competent declaration in lieu of producing written procedures.

4. Plaintiff's request to compel production of documents in response to Document Production Request No. 48 is DENIED.

IT IS SO ORDERED.

Dated: December 12, 2006

*[Signature]*
Honorable William H. Alsup
United States District Judge

*[Seal: IT IS SO ORDERED — Judge William Alsup]*

Prepared and Approved by:

*[Signature]*
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address:
fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EVANGELINA GALVAN NAVARRO

Approved as to Form:

*[Signature]*
Andrew M. Steinheimer (SBN 200524)
ELLIS, COLEMAN, POIRIER,
LA VOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200
Sacramento, California 95825
Telephone Number: (916) 283-8820
Facsimile Number: (916) 283-8821
Email Address: asteinheimer@ecplslaw.com

Attorney for Defendants
ESKANOS & ADLER, APC, DONALD ROGERS STEBBINS, JANET LORRAINE BROWN, KURTISS ANTHONY JACOBS, and JEROME MICHAEL YALON, JR.