IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA GALVAN NAVARRO,<br><br>    Plaintiff,<br><br>  v.<br><br>ESKANOS & ADLER, A PROFESSIONAL CORPORATION, a California corporation, DONALD ROGERS STEBBINS, individually and in his official capacity, JANET LORRAINE BROWN, individually and in her official capacity, KURTISS ANTHONY JACOBS, individually and in his official capacity, and JEROME MICHAEL YALON, JR., individually and in his official capacity,<br><br>    Defendants.<br>  / | No. C 06-02231 WHA<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE** |

Plaintiff's motion to determine confidential status of documents is hereby referred to a magistrate judge. A decision on this motion does not need to be reached before trial as the only issue is whether plaintiff's counsel can use the documents in other cases.

**IT IS SO ORDERED.**

Dated: January 19, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE