Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address:
fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EVANGELINA GALVAN NAVARRO

Mark E. Ellis (SBN 127159)
Andrew M. Steinheimer (SBN 200524)
ELLIS, COLEMAN, POIRIER,
 LaVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200
Sacramento, California 95825
Telephone Number: (916) 283-8820
Facsimile Number: (916) 283-8821

Attorneys for Defendants
ESKANOS & ADLER, APC,
DONALD ROGERS STEBBINS,
and KURTISS ANTHONY JACOBS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| EVANGELINA GALVAN NAVARRO, A/K/A EVANGELIN N. GALVAN,<br><br>Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, A PROFESSIONAL CORPORATION, a California corporation, DONALD ROGERS STEBBINS, individually and in his official capacity, and KURTISS ANTHONY JACOBS, individually and in his official capacity,<br><br>Defendants. | Case No. C06-02231-WHA<br><br>**STIPULATED SETTLEMENT AND [PROPOSED] ORDER REGARDING SETTLEMENT** |

THIS MATTER comes before the Court on the stipulation of the parties resolving all of the claims made in this case.

The Plaintiff appears by and through her attorney, Fred W. Schwinn of the Consumer Law Center, Inc. The Defendants appear by and through their attorney, Andrew M. Steinheimer of the firm Ellis, Coleman, Poirier, La Voie & Steinheimer, LLP.

WHEREUPON, the parties announce to the Court that they wish to resolve this matter by settlement. The parties stipulate and agree to resolve this matter as follows:

/ / /

**STIPULATED SETTLEMENT**

1. Defendants shall pay the Plaintiff the sum of $1,500, plus her attorney's fees and costs as provided herein.

2. The parties stipulate that Plaintiff is the prevailing party and is entitled to an award of attorney's fees and costs from the Defendants. The parties will meet and confer within 15 days to resolve the amount of Plaintiff's attorney's fees and costs. In the event the parties cannot resolve the amount of Plaintiff's attorney's fees and costs, as the prevailing party, Plaintiff shall file a Motion for Attorney and Costs within 45 days of entry of the <u>Order Regarding Settlement</u> below. Any Motion for Attorney's Fees and Costs shall be filed and served pursuant to Civil L.R. 7-2.

3. The United States District Court shall retain jurisdiction to enforce the terms of this Stipulated Settlement and any resulting award of attorney's fees and costs. Should the Defendants fail to pay any amounts due under this Stipulated Settlement or any resulting award of attorney's fees and costs within 15 days of notice of entry of the Court's order, the Court shall enter a Judgment in favor of the Plaintiff for any unpaid amounts upon 10 days notice to the Defendants. Upon receipt of all settlement funds and attorney's fees and costs provided above, Plaintiff shall dismiss this action with prejudice.

4. In consideration of the settlement amount specified above, and the promises, warranties and covenants contained in this Stipulated Settlement, it is further agreed that Plaintiff and Defendants, on behalf of themselves as well as their heirs, successors, assigns, and spouses, hereby agree to fully release and forever discharge and covenant not to sue the other and not hold them liable from any and all claims, demands, or causes of action which either party has against the other arising out of the subject of this action, including, but not limited to, any claims arising out of, based upon, or relating in any way to any alleged act, omission, or dispute asserted in this action or that could have been asserted in this action and/or any other claim made under federal or state statutory or common law. This release includes, but is not limited to, claims for damages of any and all types, including compensatory damages, emotional distress, punitive damages, costs, interest, attorneys' fees, and any other damages, whether known or unknown, anticipated or unanticipated, foreseen or unforeseen.

1       5. Nothing in this Stipulated Settlement, nor any act (including, but not limited to, the execution of this Stipulated Settlement) of Plaintiff or Defendants, nor any transaction occurring between Plaintiff and Defendants prior to the date hereof is or shall be treated, construed or deemed as an admission by any party hereto of any liability, fault, responsibility or guilt of any kind to any other party hereto or to any person, as to any allegation or claim, or otherwise, for any purpose whatsoever, all such liability, fault, responsibility and guilt of any kind being expressly denied.

      6. This Stipulated Settlement shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, executors, administrators, successors, and assigns.

      7. If a party to this Stipulated Settlement is required to seek the Court's assistance in enforcing any term or condition herein, the party that prevails in such action shall be entitled to an award of all attorneys' fees, professional fees, expert witness fees and disbursements it incurred prosecuting or defending such action.

CONSUMER LAW CENTER, INC.

Dated: March 12, 2007      By: /s/ Fred W. Schwinn
                                                     Fred W. Schwinn, Esq.
                                                     Attorney for Plaintiff
                                                     EVANGELINA GALVAN NAVARRO

ELLIS, COLEMAN, POIRIER,
  LaVOIE & STEINHEIMER, LLP

Dated: March 12, 2007      By: /s/ Andrew M. Steinheimer
                                                     Andrew M. Steinheimer, Esq.
                                                     Attorney for Defendants
                                                     ESKANOS & ADLER, APC,
                                                     DONALD ROGERS STEBBINS,
                                                     and KURTISS ANTHONY JACOBS

1 **[PROPOSED] ORDER REGARDING SETTLEMENT**

2 The Court hereby incorporates the terms of the Stipulated Settlement above and ORDERS

3 as follows:

4 IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that the

5 foregoing be and the same is hereby made the findings and orders of the Court.

7 Dated this 13th day of March, 2007.

8 _____

The Honorable William H. Alsup
9 United States District Judge

*IT IS SO ORDERED — Judge William Alsup*