IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA GALVAN NAVARRO,<br><br>    Plaintiff,<br><br>  v.<br><br>ESKANOS & ADLER, A PROFESSIONAL CORPORATION, a California Corporation, DONALD ROGERS STEBBINS, individually and in his official capacity, and KURTISS JACOBS, individually and in his official capacity,<br><br>    Defendants.<br>_____/ | No. C 06-02231 WHA<br><br>**ORDER APPOINTING SPECIAL MASTER** |

      Pursuant to an order dated May 30, 2007, parties were to meet and confer on the issue of the amount of attorney's fees and costs to be paid to plaintiff under the settlement agreement. In light of the failure of the parties to agree, the Court will exercise its power under Rule 54(d) to appoint a special master to resolve the issue of the amount of attorney's fees and costs. In doing so, the special master shall have all the powers set forth in Rule 53(c) and Rule 54(d)(2)(D). As directed in the order dated May 30, 2007, parties shall provide the special master with copies of all papers relevant to the dispute, including this order and the order dated May 30, 2007.

      Parties will be responsible for paying for the special master's fees, with the allocation of fees to be determined later, taking into account the reasonableness of parties' respective positions and the special master's recommendations.

Accordingly, the Court appoints Marc Fairman as special master. Parties are ordered to contact Mr. Fairman by telephone at 415-777-9901 to arrange for the earliest possible disposition of this matter.

**IT IS SO ORDERED.**

Dated: July 24, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE