IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVANGELINA GALVAN NAVARRO,

    Plaintiff,

  v.

ESKANOS & ADLER, A PROFESSIONAL CORPORATION, a California Corporation, DONALD ROGERS STEBBINS, individually and in his official capacity, and KURTISS JACOBS, individually and in his official capacity,

    Defendants.

                               /

No. C 06-02231 WHA

**ORDER SETTING OBJECTION SCHEDULE**

Pursuant to the order dated December 12, each party will be given until **DECEMBER 17 AT NOON** to file any objection to the special master's findings. Any response to such an objection, or to plaintiff's objection to the special master's fees and costs, must be filed seven calender days after the date of the objection.

**IT IS SO ORDERED.**

Dated: December 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE