Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address:
fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EVANGELINA GALVAN NAVARRO

Mark E. Ellis (SBN 127159)
Andrew M. Steinheimer (SBN 200524)
ELLIS, COLEMAN, POIRIER,
 LaVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200
Sacramento, California 95825
Telephone Number: (916) 283-8820
Facsimile Number: (916) 283-8821

Attorneys for Defendants
ESKANOS & ADLER, APC,
DONALD ROGERS STEBBINS,
and KURTISS ANTHONY JACOBS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EVANGELINA GALVAN NAVARRO, A/K/A EVANGELIN N. GALVAN,<br><br>Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, A PROFESSIONAL CORPORATION, a California corporation, DONALD ROGERS STEBBINS, individually and in his official capacity, and KURTISS ANTHONY JACOBS, individually and in his official capacity,<br><br>Defendants. | Case No. C06-02231-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RESOLVING ALL REMAINING ISSUES AND DISMISSING CASE WITH PREJUDICE** |

THIS MATTER comes before the Court on the stipulation of the parties resolving all remaining issues in this case.

The Plaintiff appears by and through her attorney, Fred W. Schwinn of the Consumer Law Center, Inc. The Defendants appear by and through their attorney, Mark E. Ellis of the firm Ellis, Coleman, Poirier, La Voie & Steinheimer, LLP.

WHEREUPON, the parties announce to the Court that they wish to resolve this matter by stipulation. The parties stipulate and agree to resolve all remaining issues in this matter as follows:

/ / /

**STIPULATION**

1. Plaintiff shall withdraw her Motion for Attorney Fees and Costs (Doc. 119).

2. Defendants shall pay the Special Master the sum of $1,500, in lieu of payment to Plaintiff pursuant to the Stipulated Settlement and Order Regarding Settlement (Doc. 116).

3. Plaintiff shall pay the Special Master the sum of $3,560.

4. The Special Master's Ruling and Recommended Order re Attorney Fees and Costs (Docs. 144 and 146) is moot shall be remain vacated pursuant to the Court's Order (Doc. 150) dated December 11, 2007.

5. Upon entry of this Stipulation by the Court, this case is dismissed with prejudice.

CONSUMER LAW CENTER, INC.

Dated: December 12, 2007    By: /s/ Fred W. Schwinn
    Fred W. Schwinn, Esq.
    Attorney for Plaintiff
    EVANGELINA GALVAN NAVARRO

ELLIS, COLEMAN, POIRIER,
  LaVOIE & STEINHEIMER, LLP

Dated: December 12, 2007    By: /s/ Mark E. Ellis
    Mark E. Ellis, Esq.
    Attorney for Defendants
    ESKANOS & ADLER, APC,
    DONALD ROGERS STEBBINS,
    and KURTISS ANTHONY JACOBS

**[PROPOSED] ORDER**

The Court hereby incorporates the terms of the Stipulation above and ORDERS as follows:

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that the foregoing be and the same is hereby made the findings and orders of the Court.

Dated this 17th day of December, 2007.

*IT IS SO ORDERED*
*Judge William Alsup*

The Honorable William H. Alsup
United States District Judge